# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :
ADMISSION TO PRACTICE IN THIS COURT    :

## PETITION

I, _____Karen L. Hoffmann_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Syrena Law
                        128 Chestnut Street, Suite 301A
                        Philadelphia, PA 19106

Office Telephone:   412-916-4509

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Colorado (09/06/2018), U.S. Court of Appeals for the Third Circuit (04/25/2019), Eastern District of Pennsylvania (07/14/2020)

My attorney Identification number is: 323622

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  *Karoline Mehalchick*   Date: **Mar 2, 2021**